July 12, 1979.

M. P. Nos. 79-208, 79-209, AND 79-210. RALPH TOTI AND LAURA TOTI *v.* STEVEN F. PILKINGTON. STEVEN F. PILKINGTON *v.* ARNOLD A. ZOGLIO, RALPH TOTI. STEVEN PILKINGTON *v.* RALPH TOTI. The petitions for writ of certiorari are granted without prejudice to respondents' right at oral

argument to raise the issue of the improvidence of our grant. These petitions are consolidated for briefing and oral argument with *Steven F. Pilkington v. Ralph Toti* No. 79-56-A. *Lincoln C. Almond,* for petitioner. *Everett A. Petronio, Thomas W. Pearlman,* for respondent.